**FILED**

OCT **2 4** 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **4:19CR899 JAR/NCC** |
| LAMONT ROBINSON, | ) |
| | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about July 20, 2019, in Saint Louis County, within the Eastern District of Missouri,

### LAMONT ROBINSON,

the Defendant herein, in connection with the acquisition of a Taurus 9mm firearm from North County Pawn Center, a licensed firearm dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made and furnished a false and fictitious written statement to North County Pawn Center intended and likely to deceive North County Pawn Center with respect to one or more facts material to the lawfulness of the sale of the said firearm to the Defendant under chapter 44 of Title 18, in that the Defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that Defendant was not under indictment or information in any court for a felony or any other crime for which the judge could imprison Defendant for more than one year.

In violation of Title 18, United States Code, Section 922(a)(6) and punishable under Title 18, United States Code, Section 924(a)(2).

## COUNT TWO

The Grand Jury further charges that:

On or about July 25, 2019, in Saint Louis County, within the Eastern District of Missouri,

### LAMONT ROBINSON,

the Defendant herein, knowing he was then under indictment for a crime punishable by a term of imprisonment exceeding one year, did willfully receive a firearm, that is, a Taurus 9mm semiautomatic firearm, said firearm having been shipped and transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(n) and punishable under Title 18, United States Code, Section 924(a)(1)(D).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
JAMES REDD, #66172MO
Assistant United States Attorney